FILED

**FOR PUBLICATION**

OCT 15 2010

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**



| | |
|---|---|
| **COMITE DE JORNALEROS DE REDONDO BEACH; NATIONAL DAY LABORER ORGANIZING NETWORK**, | No. 06-55750 |
| Plaintiffs - Appellees, | D.C. No. CV-04-09396-CBM |
| v. | **ORDER** |
| **CITY OF REDONDO BEACH**, | |
| Defendant - Appellant. | |

| | |
|---|---|
| **COMITE DE JORNALEROS DE REDONDO BEACH; NATIONAL DAY LABORER ORGANIZING NETWORK**, | No. 06-56869 |
| Plaintiffs - Appellees, | D.C. No. CV-04-09396-CBM |
| v. | |
| **CITY OF REDONDO BEACH**, | |
| Defendant - Appellant. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.